# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK A. CARTER & BARBARA J. CARTER  Case Number: 04-71376
206 LINCOLN PARK BLVD.  SSN-xxx-xx-0964 & xxx-xx-2162
ROCKFORD, IL  61102

Case filed on: 3/15/2004
Plan Confirmed on: 6/25/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $28,489.66          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 023 | CENTRAL BUYER CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 82.28 | 82.28 | 82.28 | 0.00 |
|  | Total Priority | 82.28 | 82.28 | 82.28 | 0.00 |
| 999 | MARK A. CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 1,537.66 | 1,537.66 | 1,537.66 | 376.64 |
| 002 | FIRST INVESTORS FINANCIAL SERVICES | 5,300.00 | 5,300.00 | 5,300.00 | 715.04 |
| 003 | WINNEBAGO COUNTY CLERK | 1,108.00 | 0.00 | 0.00 | 0.00 |
| 004 | WM SPECIALITY MORTGAGE LLC | 11,243.72 | 3,331.84 | 3,331.84 | 0.00 |
|  | Total Secured | 19,189.38 | 10,169.50 | 10,169.50 | 1,091.68 |
| 002 | FIRST INVESTORS FINANCIAL SERVICES | 4,096.09 | 4,096.09 | 3,552.58 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 6.58 | 6.58 | 5.71 | 0.00 |
| 007 | AVON PRODUCTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CARLSON ORTHOPEDIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,130.75 | 1,130.75 | 980.71 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 422.25 | 422.25 | 366.22 | 0.00 |
| 015 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASTRA FINANCIAL/ROCK RIVER FORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OKLAHOMA STATE REGENTS | 8,872.82 | 8,872.82 | 7,695.47 | 0.00 |
| 018 | SOUND & SPIRIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STRATHMOOR FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,528.49 | 14,528.49 | 12,600.69 | 0.00 |
|  | Grand Total: | 36,400.15 | 27,380.27 | 25,452.47 | 1,091.68 |

Total Paid Claimant:    $26,544.15
Trustee Allowance:      $1,945.51
Percent Paid Unsecured:       86.73

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on <u>03/26/2009</u>          By <u>/s/Heather M. Fagan</u>